UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

RICHARD ADREAN, )
)
    PLAINTIFF, )
)
vs. ) CASE NO. 10-CV-670-CVE-FHM
)
JOSE LOPEZ, SWIFT )
TRANSPORTATION COMPANY, INC., )
and MOHAVE TRANSPORTATION )
INSURANCE COMPANY, )
)
    DEFENDANTS. )

## OPINION AND ORDER

Plaintiff's Motion to Extend Discovery, Motions in Limine and Exert Identification and Reports Deadliens [Dkt. 50] is GRANTED as follows:

Discovery is extended until September 16, 2011 for the following limited purposes only:

    Plaintiff may depose Defendant Lopez;

    Plaintiff may provide a F.R.Civ.P. 26(a)(2)(B) expert report by Dr. Mayoza by August 12, 2011;

    Plaintiff may provide F.R.Civ.P. 26(a)(2)(A) & (C) disclosures for treating doctors by August 12, 2011;

    Defendants may depose Dr. Mayoza and any treating doctors disclosed by Plaintiff;

    Defendants may supplement Defendants' F.R.Civ.P. 26(a)(2)(B) expert report by September 12, 2011.

Chief Judge Eagan will issue an Amended Scheduling Order.

Signed this 5th day of August, 2011.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE